NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER S. FUNDERBURK,                )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-148
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed March 15, 2019.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Walter S. Funderburk, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.